IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION


FILED
JAN 2 5 2016
Clerk, U.S. District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | CR 15-60-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER DISMISSING WITHOUT PREJUDICE |
| ELIJAH LEE ROCK, | |
| Defendant. | |

Upon the United States' Unopposed Motion to Dismiss Counts IV and V of the Indictment Without Prejudice (Doc. 33), and for good cause being shown,

IT IS HEREBY ORDERED that the motion to dismiss counts IV and V of the indictment without prejudice is **GRANTED**.

IT IS FURTHER ORDERED that the trial scheduled for March 7, 2016, and all related deadlines are **VACATED**.

DATED this 25th day of January, 2016.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge

1